MICHAEL L. CROWLEY (117008)
Crowley Law Group, APC
600 "B" Street, Suite 2050
San Diego, CA 92101
(619) 238-5700

Attorney for Defendant #23
  DANIEL ORTEGA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Judge Bernard G. Skomal)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL ORTEGA (23), et al., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 15CR2310-WQH <br><br> MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |

Mr. ORTEGA seeks a modification of pre-trial release conditions to allow travel to the New York, NY area on work-related business on Wednesday, June 29, 2016 through Friday, July 1, 2016, inclusive.

There is no opposition from Pretrial Services Officer Shakira Davis or Assistant U.S. Attorney Benjamin Katz.

On February 2, 2016, this Court set conditions for Mr. ORTEGA's pre-trial release, including a condition restricting Mr. ORTEGA's travel to the State of California. On February 9, 2016, Mr. ORTEGA posted his own bond.

DATED:  June 24, 2016          /s/ Michael L. Crowley
                              Michael L. Crowley
                              Attorney for Defendant #23
                              DANIEL ORTEGA

M:\Large Case Files\Ortega, Daniel\Ortega, Daniel - Motion to modify PT release conditions.wpd