1  MICHAEL L. CROWLEY (117008)
   WILLLIAM R. JARRELL (290271)
2  Crowley Law Group, APC
   600 "B" Street, Suite 2050
3  San Diego, CA 92101
   (619) 238-5700
4
   Attorney for Defendant #23
5  DANIEL ORTEGA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Judge Bernard G. Skomal)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15CR2310-WQH |
| Plaintiff, | |
| v. | JOINT MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| DANIEL ORTEGA (23), et al., | |
| Defendant. | |

Mr. ORTEGA seeks a modification of pre-trial release conditions to allow him to travel to Costa Rica area on a family vacation on Friday, August 12, 2016 through Wednesday, August 17, 2016, inclusive.

Mr. ORTEGA also requests the Court authorize Pretrial Services to release his United States passport to him in order to permit him to travel to Costa Rica during the dates requested above. Mr. ORTEGA agrees to return his passport to Pretrial Services forthwith upon his return.

There is no opposition from Pretrial Services Officers Shakira Davis and Cynthia Miramontes, nor Assistant U.S. Attorney Benjamin Katz.

On February 2, 2016, this Court set conditions for Mr. ORTEGA's pre-trial release, including a condition restricting Mr. ORTEGA's travel to the State of California. On February 9, 2016, Mr. ORTEGA posted his own bond.

| | | |
|---|---|---|
| 1 | DATED: July 21, 2016 | /s/ Michael L. Crowley |
| 2 | | Michael L. Crowley |
| 3 | | Attorney for Defendant #23 |
| | | DANIEL ORTEGA |
| 4 | DATED: July 21, 2016 | |
| 5 | | Daniel Ortega |
| | | Defendant #23 |
| 6 | | |
| 7 | DATED: July 21, 2016 | /s/ Benjamin Katz |
| 8 | | Benjamin Katz |
| | | Assistant U.S. Attorney |
| 9 | | Attorney for Plaintiff |
| 10 | | |
| 11 | DATED: July 21, 2016 | /s/ Cynthia Miramontes |
| 12 | | Cynthia Miramontes |
| | | U.S. Pretrial Services Officer |

28  M:\Large Case Files\Ortega, Daniel\Ortega, Daniel - Motion to modify PT release conditions re travel to Costa Rica 7-21-16.wpd